**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1096**

---

In re:  KALIFF CULBERTSON,

        Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:13-cr-00017-RJC-2)

---

Submitted:  March 12, 2024                           Decided:  March 15, 2024

---

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Kaliff Culbertson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kaliff Culbertson petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Culbertson's motion for compassionate release on February 28, 2024. Accordingly, because the district court has recently decided Culbertson's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*